UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES C. LUTTRELL, ) | Case No.: 2:15-CV-01782 AC |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | EXTEND BRIEFING SCHEDULE |
| vs. ) | |
| ) | |
| CAROLYN COLVIN, Acting ) | |
| ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |

TO THE HONORABLE ALLISON CLAIRE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Charles C. Luttrell ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment to April 1, 2016; and that Defendant shall have until May 2, 2016, to file his opposition. Any reply by plaintiff will be due May 23, 2016.

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: February 19, 2016          Respectfully submitted,

                                 LAW OFFICES OF LAWRENCE D. ROHLFING

                                           /s/ *Steven G. Rosales*
                                 BY: _____
                                 Steven G. Rosales
                                 Attorney for plaintiff CHARLES C. LUTTRELL

DATED:  February 19, 2016        BENJAMIN WAGNER
                                 United States Attorney



                                 */S/- Jennifer A. Kenney

                                 _____
                                 Jennifer A. Kenney
                                 Special Assistant United States Attorney
                                 Attorney for Defendant
                                 [*Via email authorization]

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including April 1, 2016, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to May 2, 2016 to file his opposition, if any is forthcoming. Any reply by plaintiff will be due May 23, 2016.

IT IS SO ORDERED.

DATED: February 22, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE